```
                        FILED
                        January 29, 2009
                        CLERK, US DISTRICT COURT
                        EASTERN DISTRICT OF
                        CALIFORNIA
                        DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>v.                           )<br>                             )<br>MAGGIE LUONG,                )<br>                             )<br>            Defendant.       ) | Case No. 2:08CR00543-GEB-8<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MAGGIE LUONG , Case No.  2:08CR00543-GEB-8 , Charge  21USC § 846 & 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $_____

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔  (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 29, 2009  at  2:00 pm .

                                              By   /s/ Gregory G. Hollows
                                                       Gregory G. Hollows
                                                       United States Magistrate Judge

Copy 5 - Court