DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MAGGIE LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-543 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME (Amended) |
| MAGGIE LUONG, ) | |
| Defendant. ) | |
| ) | Date   APRIL 16, 2010 |
| _____ ) | Time:  9:00 a.m. |
| ) | Judge: BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Maggie Luong, that the status conference scheduled for March 12,2010, be vacated and the matter be continued to this Court's criminal calendar on April 16, 2010, at 9:00 a.m. for further status.

This continuance is requested by the defense in order to permit counsel time to review new discovery and continue in negotiations with the prosecution in attempt to finalize a plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3  ends of justice served in granting the continuance and allowing the
4  defendant further time to prepare outweigh the best interests of the
5  public and the defendant in a speedy trial.
6      The Court is advised that all counsel have conferred about this
7  request, that they have agreed to the April 16, 2010, date, and that
8  Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his
9  behalf.

**IT IS SO STIPULATED.**

Dated: March 9, 2010                /S/ Dina L. Santos
                                    DINA L. SANTOS
                                    Attorney for
                                    Maggie Luong

Dated: March 9, 2010                /S/ Michael Beckwith
                                    MICHAEL BECKWITH
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

        By the Court,

Dated: March 18, 2010

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stipulation and Order                2