1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   MAGGIE LUONG
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11
   UNITED STATES OF AMERICA,        )  No. CR-S 08-543 GEB
12                                   )
                    Plaintiff,       )
13                                   )  STIPULATION AND ORDER VACATING
        v.                           )  DATE, CONTINUING CASE, AND
14                                   )  EXCLUDING TIME (Amended)
   MAGGIE LUONG,                     )
15                  Defendant.       )
                                     )  Date    June 4, 2010
16 _____ )  Time:   9:00 a.m.
                                     )  Judge:  BURRELL
17

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L.
20
   Santos, Counsel for Defendant Maggie Luong, that the status conference
21
   scheduled for April 16,2010, be vacated and the matter be continued to
22
   this Court's criminal calendar on June 4, 2010, at 9:00 a.m. for
23
   further status.
24
        This continuance is requested by the defense in order to permit
25
   counsel time to review new discovery and continue in negotiations with
26
   the prosecution in attempt to finalize a plea agreement.  The
27
   prosecution has informed the defense that approximately 500 pages of
28

1  new discovery will be produced shortly and the defense will need time

2  to review that new discovery.

3       **IT IS FURTHER STIPULATED** that time for trial under the Speedy

4  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §

5  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the

6  ends of justice served in granting the continuance and allowing the

7  defendant further time to prepare outweigh the best interests of the

8  public and the defendant in a speedy trial.

9       The Court is advised that all counsel have conferred about this

10  request, that they have agreed to the June 4, 2010, date, and that Mr.

11  Beckwith has authorized Ms. Santos to sign this stipulation on his

12  behalf.

13

14

15       **IT IS SO STIPULATED.**

16

17  Dated: April 15, 2010            /S/ Dina L. Santos
                                     DINA L. SANTOS
18                                   Attorney for
                                     Maggie Luong
19

20  Dated: April 15, 2010            /S/ Michael Beckwith
                                     MICHAEL BECKWITH
21                                   Assistant United States Attorney
                                     Attorney for Plaintiff
22

23                        **O R D E R**

24       **IT IS SO ORDERED.**

25  Dated:  April 16, 2010

26

27  _____
    GARLAND E. BURRELL, JR.
28  United States District Judge

Stipulation and Order                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28