DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MAGGIE LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-543 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| MAGGIE LUONG, ) | |
| Defendant. ) | |
| ) | Date   November 5, 2010 |
| _____ ) | Time:  9:00 a.m. |
| ) | Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Maggie Luong, that the status conference scheduled for October 22,2010, be vacated and the matter be continued to this Court's criminal calendar on November 5, 2010, at 9:00 a.m. for further status.

This continuance is requested by the defense in order to continue in negotiations with the prosecution in an attempt to finalize a plea agreement and prepare for Ms. Luong's defense should the case proceed to trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the November 5, 2010, date, and that Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: Oct. 20, 2010          /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for
                              Maggie Luong

Dated: Oct. 20, 2010          /S/ Michael Beckwith
                              MICHAEL BECKWITH
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**
Dated:  October 21, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28