DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MAGGIE LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MAGGIE LUONG,<br>            Defendant.<br>_____ | No. CR-S 08-543 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date    December 10, 2010<br>Time:   9:00 a.m.<br>Judge:  Hon. BURRELL |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Maggie Luong, that the status conference scheduled for November 5,2010, be vacated and the matter be continued to this Court's criminal calendar on December 10, 2010, at 9:00 a.m. for further status and possible change of plea.

   This continuance is requested by the defense in order to continue in negotiations with the prosecution in an attempt to finalize a plea agreement and prepare for Ms. Luong's defense should the case proceed to trial. The parties are nearing a final disposition and anticipate a

1  possible change of plea at the next court date.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8  The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the December 10, 2010, date, and that
10 Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his
11 behalf.

14 **IT IS SO STIPULATED.**

16 Dated: Nov. 4, 2010           /S/ Dina L. Santos
                                  DINA L. SANTOS
17                                Attorney for
                                  Maggie Luong

19 Dated: Nov. 4, 2010           /S/ Michael Beckwith
                                  MICHAEL BECKWITH
20                                Assistant United States Attorney
                                  Attorney for Plaintiff

23                              **O R D E R**

24 **IT IS SO ORDERED.**
25 Dated:  November 5, 2010

                                  _____
27                                GARLAND E. BURRELL, JR.
                                  United States District Judge

Stipulation and Order              2