DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MAGGIE LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-543 GEB |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| MAGGIE LUONG, ) | |
| Defendant. ) | |
| ) | Date   January 21, 2011 |
| _____ ) | Time:  9:00 a.m. |
| ) | Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Maggie Luong, that the status conference scheduled for December 10,2010, be vacated and the matter be continued to this Court's criminal calendar on January 21, 2011, at 9:00 a.m. for further status and possible change of plea.

This continuance is requested by the defense in order to continue in negotiations with the prosecution in an attempt to finalize a plea agreement and prepare for Ms. Luong's defense should the case proceed to trial. The parties are nearing a final disposition and anticipate a

1  possible change of plea at the next court date.

2      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8     The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the January 21, 2011, date, and that
10 Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his
11 behalf.

14     **IT IS SO STIPULATED.**

16 Dated: Dec. 7, 2010         /S/ Dina L. Santos
                                   DINA L. SANTOS
17                                    Attorney for
                                   Maggie Luong

19 Dated: Dec. 7, 2010         /S/ Michael Beckwith
                                   MICHAEL BECKWITH
20                                    Assistant United States Attorney
                                   Attorney for Plaintiff

23                          **O R D E R**

24     **IT IS SO ORDERED.**
25 Dated:   December 8, 2010

                                 GARLAND E. BURRELL, JR.
                                 United States District Judge