DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MAGGIE LUONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MAGGIE LUONG,<br><br>        Defendant.<br>_____ | No. CR-S 08-543 GEB<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date   2/18/11<br>Time:  9:00 a.m.<br>Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Maggie Luong, that the status conference scheduled for January 28, 2011, be vacated as well as the jury trial and the matter be continued to this Court's criminal calendar on February 18, 2011, at 9:00 a.m. for change of plea.

This continuance is requested by the defense in order to continue in negotiations with the prosecution to finalize the plea agreement. A new plea agreement has been presented to the defense and it is anticipated that Ms Luong will enter a change of plea at the next court

1  date.

2

3  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
5  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
6  ends of justice served in granting the continuance and allowing the
7  defendant further time to prepare outweigh the best interests of the
8  public and the defendant in a speedy trial.
9  The Court is advised that all counsel have conferred about this
10 request, that they have agreed to vacate the current status date and
11 trial date and to continue the case the February 18, 2011, date, and
12 that Mr. Beckwith has authorized Ms. Santos to sign this stipulation on
13 his behalf.

16 **IT IS SO STIPULATED.**

18 Dated: Jan. 27, 2011          /S/ Dina L. Santos
                                  DINA L. SANTOS
19                                Attorney for
                                  Maggie Luong

21 Dated: Jan. 27, 2011          /S/ Michael Beckwith
                                  MICHAEL BECKWITH
22                                Assistant United States Attorney
                                  Attorney for Plaintiff

24 **IT IS SO ORDERED.**
25 Dated:  January 27, 2011

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

Stipulation and Order                2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28