```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
MAGGIE LUONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>           Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br>MAGGIE LUONG,                )<br>           Defendant.       )<br>_____)  | No. CR-S 08-543 GEB<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date   2/25/11<br>Time:  9:00 a.m.<br>Judge: Hon. BURRELL |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael Beckwith, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Maggie Luong, that the status conference scheduled for February 18, 2011, be vacated as well as the jury trial and the matter be continued to this Court's criminal calendar on February 25, 2011, at 9:00 a.m. for change of plea.

This continuance is requested by the defense in order to continue in negotiations with the prosecution to finalize the plea agreement.  A new plea agreement has been presented to the defense and it is anticipated that Ms Luong will enter a change of plea at the next court

date. A few final details remain to be negotiated to finalize the plea agreement and the Chinese interpreter must read the changes to the client.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to vacate the current status date and trial date and to continue the case the February 25, 2011, date, and that Mr. Beckwith has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: Feb. 17, 2011              /S/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for
                                  Maggie Luong

Dated: Feb. 17, 2011              /S/ Michael Beckwith
                                  MICHAEL BECKWITH
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

Stipulation and Order                    2

**O R D E R**

**IT IS SO ORDERED.**

Dated:   February 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order                3