**DINA L. SANTOS, SBN 204200**
A Professional Law Corp.
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for Defendant
MAGGIE LUONG

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No. CRS - 08-543 GEB |
| v. | **REQUEST FOR ORDER & PROPOSED ORDER EXONERATING BOND** |
| **MAGGIE LUONG**, | |
| Defendant. | |

On January 29, 2009, Ms. Luong was ordered released on a $300,000 Secured Bond. On February 17, 2009, the following property was posted and a deed of trust and promissory note was recorded against this property:

| **Property** | **Owner(s)** |
|---|---|
| 7708 38th Avenue, Sacramento, CA | Maggie Luong Aka Wei Ziang Liang |
| 8284 Cliffe Way, Sacramento, CA | Juan Liang David Bao |

The above captioned matter has now been settled.  It is hereby requested that the Secured bond referenced above be exonerated and that the Clerk of the District Court be directed to reconvey back to the Surities, the Deeds of Trust and Promissory Notes.

Dated: October 25, 2011                         /s/ Dina L. Santos
                                                DINA L. SANTOS
                                                Attorney for Defendant
                                                MAGGIE LUONG

## ORDER

It is hereby ordered that the Secured bond in the amount of  $300,000, posted by and secured by deeds of trust and promissory notes from the following property and persons is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable to reconvey back to the Trustor the Deeds of Trust and Promissory Notes.:

| Property | Person |
|---|---|
| 7708 38th Avenue, Sacramento, CA | Maggie Luong Aka Wei Ziang Liang |
| 8284 Cliffe Way, Sacramento, CA | Juan Liang David Bao |

Dated:  October 27, 2011

GARLAND E. BURRELL, JR.
United States District Judge